**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term
Grand Jury Sworn in on November 1, 2013**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.** |
| | : | |
| | : | **Grand Jury Original** |
| v. | : | |
| | : | **VIOLATION:** |
| | : | |
| **JOSE BENEDICTO TURCIOS ARIAS** | : | **8 U.S.C. §§ 1326(a), (b)(2)** |
| | : | **(Reentry of Alien Deported Following** |
| a/k/a "Jose Turcios" | : | **Conviction for Aggravated Felony)** |
| a/k/a "Jose B Turcios" | : | |
| a/k/a "Jose Benedicto Turcios" | : | |
| a/k/a "Jose Benedicto Turcios-Arias" | : | |
| | : | |
| **Defendant.** | : | |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about April 30, 2013, within the District of Columbia, the defendant, JOSE BENEDICTO TURCIOS ARIAS, also known as "Jose Turcios," also known as "Jose B Turcios," also known as "Jose Benedicto Turcios," also known as "Jose Benedicto Turcios-Arias," an alien, was found in the United States after having been deported from the United States, following his conviction in Prince George's County, Maryland, on or about August 6, 2007, in violation of Maryland Code § 7-104 (Theft Over $500), an aggravated felony, without having obtained the

express consent of the Attorney General of the United States or the Secretary of the United States Department of Homeland Security to re-apply for admission into the United States.

(**Reentry of an Alien Deported Following Conviction for an Aggravated Felony**, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2)).

A TRUE BILL

FOREPERSON.

Attorney for the United States in
and for the District of Columbia